In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00093-CV

_____


IN RE THOMAS RETZLAFF


_____

Original Proceeding
172nd District Court of Jefferson County, Texas
Trial Cause No. B-199,953-A

_____

MEMORANDUM OPINION

Thomas Retzlaff, a vexatious litigant, filed a petition for issuance of a writ of mandamus and a motion for temporary relief from the local administrative judge's denial of leave to file an intervention. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.102(f) (West 2017); *see also* Tex. R. App. P. 52.10(a). The relator has not shown that he is entitled to the relief sought. Accordingly, the mandamus petition and motion for temporary relief are denied. *See* Tex. R. App. P. 52.8(a). The motion to dismiss filed by the real parties in interest, Klein Investigations and Consulting, a Division of Klein Investments, Inc., and Klein Investments, Inc., is denied. Relator's

1

motion to strike Klein's response and Amended Motion for Emergency Stay are also denied.

PETITION DENIED.

PER CURIAM

Submitted on March 12, 2018
Opinion Delivered March 13, 2018

Before Kreger, Horton, and Johnson, JJ.